```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

|   |   |   |
|---|---|---|
| E'JAI BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-410 WES |
| | ) | |
| OFFICER GODDARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 16, 2020, Magistrate Judge Patricia A. Sullivan issued a text order informing Plaintiff that the Court could not address his Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2, due to insufficient information and directing Plaintiff to either refile the Application with the necessary financial information or pay the initial filing fee of 400 dollars on or before October 19, 2020. See September 16, 2020 Text Order. Plaintiff did not take either action. On October 27, 2020, Magistrate Judge Sullivan issued a Report and Recommendation, ECF No. 4, recommending that the Court dismiss this matter without prejudice due to Plaintiff's failure to comply with the September 16, 2020 Text Order. After having carefully reviewed the relevant papers, and having heard

no objections, the Court ACCEPTS the report and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, this matter is DISMISSED WITHOUT PREJUDICE. IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
District Judge
Date:  November 24, 2020